IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

EDDIE NELSON RUIZ                                                                    PLAINTIFF

VS.                                                      CIVIL ACTION NO. 5:08cv267-DCB-MTP

CONSTANCE REESE, ET AL.                                                           DEFENDANTS

### ORDER OF DISMISSAL

This cause having come before the court on the Plaintiff's Motion for Voluntary Dismissal [26]. The Defendants having no objection to the motion,[1] the court finds that the motion should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED:

That this action is DISMISSED without prejudice. Any pending motions, including Plaintiff's Motion to Request a Restraining Order [8] and Defendants' Motion to Dismiss [23], are denied as moot.

THIS, the 20th day of January, 2009.

_____
United States Magistrate Judge

---

[1] *See* Notice [27].